*City of Sunnyside, Respondent, v. Gonzalez, Petitioner*, No. 93907-1. Petition for review of a decision of the Court of Appeals, No. 33262-4-III, October 20, 2016, 196 Wn. App. 1035. *Granted* March 8, 2017.

*Hill, Petitioner, v. Bartells Asbestos Settlement Tr. et al., Respondents*, No. 92869-0. Petition for review of a decision of the Court of Appeals, No. 73960-3-I, November 23, 2015, 191 Wn. App. 1027. *Denied* March 8, 2017.

*State, Respondent, v. Rhone, Petitioner*, No. 93628-5. Petition for review of a decision of the Court of Appeals, No. 46960-0-II, July 6, 2016, 194 Wn. App. 1049. *Denied* March 8, 2017.

*West, Petitioner, v. Evergreen State Coll. Bd. of Trs. et al., Respondents*, No. 93659-5. Petition for review of a decision of the Court of Appeals, No. 46400-4-II, August 30, 2016, 195 Wn. App. 1054. *Denied* March 8, 2017.

*State, Respondent, v. Barzie, Petitioner*, No. 93662-5. Petition for review of a decision of the Court of Appeals, No. 73350-8-I, August 29, 2016, 195 Wn. App. 1052. *Denied* March 8, 2017.

*In re Parental Rights to E.D.*, No. 93697-8. Motion for discretionary review of a decision of the Court of Appeals, Nos. 48121-9-II and 48161-8-II, August 30, 2016, 195 Wn. App. 673. *Denied* March 8, 2017.

*Amare, Petitioner, v. Sharawe et al., Respondents*, No. 93702-8. Petition for review of a decision of the Court of Appeals, No. 73515-2-I, August 1, 2016, 195 Wn. App. 1026. *Denied* March 8, 2017.

*State, Respondent, v. Brugnone, Petitioner*, No. 93736-2. Petition for review of a decision of the Court of Appeals, No. 31529-1-III, September 13, 2016, 195 Wn. App. 1063. *Denied* March 8, 2017.